CHANEY et al. v. THE STATE.

BECK, Presiding Justice. R. A. Chaney and Travis Ervin were tried for the offense of murder, and a verdict was returned finding both of the defendants guilty. The motion for a new trial contains only the general grounds. Upon an examination of the evidence it appears that

there was sufficient evidence to authorize the conviction of the defendants. *Judgment affirmed. All the Justices concur.*

No. 10607. JUNE 13, 1935.

*Hamilton Burch,* for plaintiffs in error.

*M. J. Yeomans, attorney-general, George R. Lilly, solicitor-general, B. D. Murphy* and *J. T. Goree, assistant attorneys-general,* contra.